1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                              EASTERN DISTRICT OF CALIFORNIA
12
13   ROBERT MEJIA GRACIA,            )    1:10-CV-00273 GSA HC
                                     )
14              Petitioner,          )
                                     )    ORDER DENYING PETITIONER'S
15        v.                         )    MOTION FOR COURT ORDER
                                     )
16   F. HAWS, Warden,                )
                                     )
17              Respondent.          )
                                     )
18

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The parties voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On June 6, 2011, the undersigned issued an order denying the petition and entering judgment. Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals; however, the appeal was denied on October 25, 2011.

    On October 21, 2011, Petitioner filed a motion for a court order directing the Clerk of Court to provide Petitioner with a copy of his petition.  Petitioner is advised that such a request must be directed to the Clerk of the Court.  Petitioner is further advised that copies of documents are not provided free of charge.  Copies up to twenty (20) pages may be made by the Clerk' office at a

1  charge of $.50 per page.  Larger copy orders should be directed to a copy service.
2     Accordingly, Petitioner's motion for court order is DENIED.
3    IT IS SO ORDERED.
4  **Dated:**   **October 31, 2011**          /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE