UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MEJIA GRACIA, | ) | 1:10-CV-00273 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S MOTION |
| | ) | FOR LEAVE TO FILE UNTIMELY |
| v. | ) | TRAVERSE |
| | ) | |
| F. HAWS, Warden, | ) | [Doc. #30] |
| | ) | |
| Respondent. | ) | |

   Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

   On November 4, 2011, Petitioner filed a motion for leave to file an untimely traverse. The motion will be denied as this case is closed. The undersigned issued an order denying the petition and entering judgment on June 6, 2011. Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals, and the appeal was denied on October 25, 2011.

   To the extent Petitioner moves to vacate the judgment to reopen the time to file a traverse, his motion is denied. Petitioner states he was unable to timely file his traverse because prison officials lost or misplaced his petition on or about February 18, 2010, following a cell search. He also states

1  he was being assisted by a fellow inmate who was transferred to another prison.  He states he
2  requested a copy of his petition from the Clerk's office in August of 2011.  Petitioner fails to
3  demonstrate good cause for his failure to timely file a traverse.  If in fact he was unable to comply
4  due to these circumstances, he should have notified the Court, requested additional time, and sought
5  relief at that time.  Instead, he did nothing during the year the petition was pending a decision, and he
6  did not seek relief for his allegations until months after the petition was denied and his appeal was
7  dismissed.

8  Accordingly, Petitioner's motion for leave to file an untimely traverse is DENIED.  Petitioner
9  is informed that this case is closed, and any additional filings will be stricken.

11  IT IS SO ORDERED.

12  Dated:   **November 8, 2011**            **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE