UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MEJIA GRACIA, | 1:10-CV-00273 GSA HC |
| Petitioner, | ORDER STRIKING PETITIONER'S MOTION FOR COURT ORDER |
| v. | [Doc. #32] |
| F. HAWS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

On June 6, 2011, the undersigned issued an order denying the petition and entering judgment. Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals; however, the appeal was denied on October 25, 2011.

On October 21, 2011, Petitioner filed a motion for a court order directing the Clerk of Court to provide Petitioner with a copy of his petition. On October 31, 2011, the Court denied the motion. Petitioner was advised that such a request must be directed to the Clerk of the Court. He was further advised that copies of documents are not provided free of charge, and that copies up to twenty (20)

1 pages may be made by the Clerk' office at a charge of $.50 per page, but larger copy orders should
2 be directed to a copy service.
3     On March 12, 2012, Petitioner filed another motion for a court order granting him a copy of
4 his habeas corpus petition. For the same reasons expressed in the order of October 31, 2011, the
5 motion is STRICKEN. Petitioner is advised that this case is closed, and any future filings will
6 likewise be stricken.

8     IT IS SO ORDERED.
9     Dated:   **July 16, 2012**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE